# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MICHIGAN

**JIFFY-TITE COMPANY, A NEW YORK CORPORATION,**

    **Plaintiff,**

vs.

**AUTOCAM CORPORATION, A MICHIGAN CORPORATION,**

    **Defendant.**

Case No. 1:17-cv-00124

Hon. Robert J. Jonker

---

| | |
|---|---|
| Sheldon H. Klein (P41062) | James B. Doezema (P38181) |
| BUTZEL LONG | Leslie A. Dickinson (P78850) |
| Attorneys for Plaintiff Jiffy-Title Company | FOSTER SWIFT COLLINS & SMITH, PC |
| Stoneridge West | Attorneys for Defendant Autocam Corp. |
| 41000 Woodward Ave. | 1700 East Beltline, NE, Suite 200 |
| Bloomfield Hills, MI  48304 | Grand Rapids, MI  49525 |
| (248) 258-1616 | (616) 336-6000 |

## **STIPULATION AND ORDER OF DISMISSAL**

Stipulation

The Plaintiff, Jiffy-tite Company n/k/a Oetiker NY, Inc., by its attorneys, and the Defendant, Autocam Corporation, a Michigan Corporation, by its attorneys, hereby stipulate and agree that this matter shall be dismissed with prejudice and without costs.

                                                  BUTZEL LONG
                                                Attorneys for Plaintiff

Dated:  August 25, 2017                By:  _____/S/_____
                                                  Sheldon H. Klein (P41062)
                                                  Business Address:
                                                     Stoneridge West
                                                     41000 Woodward Ave.
                                                     Bloomfield Hills, MI 48304
                                               Telephone: (248) 258-1616

FOSTER, SWIFT, COLLINS & SMITH, P.C.
Attorneys for Defendant

Dated:  August 25, 2017         By:  _____/S/_____
James B. Doezema (P38181)
Leslie A. Dickinson (P78850)
Business Address:
   1700 East Beltline, N.E., Suite 200
   Grand Rapids, MI 49525
Telephone: (616) 726-2200

## ORDER

At a session of said Court, held in the City of Grand Rapids, County of Kent, State of Michigan, on the __28th__ day of August, 2017.

**PRESENT: HONORABLE ROBERT J. JONKER**
**U.S. District Court Judge**

Upon reading the foregoing stipulation, IT IS HEREBY ORDERED that Jiffy-tite Company's, n/k/a Oetiker NY, Inc., Complaint against Autocam Corporation, a Michigan Corporation, is hereby dismissed with prejudice and without costs.

 /s/ Robert J. Jonker
Honorable Robert J. Jonker
U.S. District Court Judge

ATTEST: A TRUE COPY

_____
Clerk

84164:00001:3260877-1

2